IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

**ARTHUR DAVIS, III,**

    **Plaintiff,**

v.                                                                    **CIVIL ACTION NO.: 5:24-cv-00684**
                                                                           **JUDGE: Frank W. Volk**

**SHELBY GROUP INTERNATIONAL, INC.**
**d/b/a MCR SAFETY, and**
**UNITED CENTRAL INDUSTRIAL SUPPLY**
**COMPANY, L.L.C,**

    **Defendants.**

**CERTIFICATE OF SERVICE**

The undersigned counsel for plaintiff, does herby certify that on this 16th day of June, 2025, a copy of the foregoing **PLAINTIFF'S REBUTTAL EXPERT WITNESS DISCLOSURES,** was sent to the below CM/ECF participants.  This document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                                            /s/ Taylor M. Norman_____
                                                            Taylor M. Norman (WV State Bar No. 13026)